## Commonwealth *v.* Brown, Appellant.

Submitted November 8, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Ronald J. Brockington,* for appellant.

No brief submitted for appellee.

OPINION PER CURIAM, January 24, 1974:
Judgment of sentence affirmed.